UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JACQUELINE B. McLEAN
PLAINTIFF(S)

.V.                                    CIVIL ACTION
                                       NO: 1:05-cv-11345

MICHAEL MEKONNEN
DEFENDANT

## COMPLAINT

### Parties

1. The plaintiff, Jacqueline B. Mclean was a resident at 24 Everett St. aka as 149 Chestnut St. 3rd floor rear end apartment, Chelsea, Mass. 02150. and a citizen of the United States.

2. The plaintiff, William N. Sneed was a resident at 24 Everett St. aka as 149 Chestnut St 3rd floor rear end apartment, Chelsea, Mass. 02150. and a citizen of the United States.

3. The defendant, Michael Mekonnen is a landlord as well as the Chelsea City Council, of Chelsea, Mass. 02150. and a citizen of the United States.

### Jurisdiction

4. This court has jurisdiction over this matter pursuant to 28 U.S.C. §1332.

### Facts

5. The plaintiff, Jacqueline B. Mclean do states the fact that the defendant Michael Mekonnen entered into a lease with the plaintiff, William Nyad and Jackie Brewington on July 18-2003. We the plaintiff, paid the defendant $2,250.00 dollars to move into the defendant apartment on July, 18-2003, for the first month rent last month rent and securty deposit the defendant waited to we the plaintiffs move all of our belongings into the apartment oncr we the plaintiffs was all moved into the apartment the defendant became a

5. (Continue from page one) As I, Jacqueline was saying the defendant was coming to the apartment every other night the defendant became a living nightmare. The defendant told me that he was married and it was very hard for me to believe that because the defendant was always outside of my apartment door. It was like once the defendant found out that William Nyad work at night the defendant would show up at the apartment and that went on.

6. The defendant would act like he had a (1) one bedroom apartment for me and William and we found out that was lie and the defendant was playing a whole lot of games until the defendant stole the apartment under us.

7. The defendant even went up to the courthouse and lie to the court the defendant also had the court send the court papers to him the defendant knew he was living in the apartment but the defendant told the court we was living there so he keep our last month rent and our securty deposit as the defendant did.

8. The defendant change our names and the defendant have a false Address on us and it took me a long time to get the court papers to this case.

9. The defendant told me that I was not going to win the court case because he the defendant is the City Council and he did not have to get me my last month rent nor my securty and the never gave me any of my money back plus the defendant put new locks on the doors to the outside building.

10. So I, Jacqueline went to Chelsea court to put in a complaint Chelsea court told me put the complaint in Lynn court because that is were I moved to from that apartment. Once it was time for us to go to court the Lynn court told us to take the case back to Chelsea court and that is the fact.

11. The Lynn court told me that the defendant must pay me (3) three time my last month rent plus securty deposit because the defendant stole the apartment from under me and did not give me my money.

12. This is why this case is being put in this court.

(Pg 3)

13. WHEREFORE, the Plaintiffs demands judgment against the defendant for damages and such other relief as this Court deems just.

14. The plaintiffs demands a trial by jury.

Signature: *Jacquelin B. McLean*
Name: Jacqueline B. McLean
Address: P.O. Box 2932
Lynn, Mass 01903
Telephone: 1-617-331-5093

Signature: *William Hyatt*
Name: William Hyatt
Address: 1112 Boylston St.
  #302 Bos. Mass 02415
Telephone: 1-781-596-3877

DATE: 8-17-05