```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

JACQUELINE MCLEAN,              )
          Plaintiff,            )
                                )
     v.                         )    C.A. No. 05-11345-WGY
                                )
MICHAEL MEKONNEN,               )
          Defendant.            )
```

## ORDER FOR DISMISSAL

YOUNG, C.J.

    In accordance with the Memorandum and Order dated October 14, 2005 (#6) directing dismissal of this action for the reasons stated therein, it is hereby ORDERED the above captioned matter is dismissed in its entirety.

                                            By the Court,

                                            /s/ Elizabeth Smith
                                            Deputy Clerk

Dated: October 18, 2005